UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| LARRY GILMAN, et al., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:12-cv-00114-SEB-MPB |
| | ) | |
| MANNON L. WALTERS, et al., | ) | |
| Defendants. | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT AND
DISMISSING CASE WITH PREJUDICE**

This matter comes before the Court on the parties' Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice. As a result of a settlement conference with the Magistrate Judge, the parties reached an agreement for resolution of all claims and matters with the same to be memorialized in a written agreement. The parties have entered into a Settlement Agreement in accordance with the terms agreed upon at the settlement conference with the Magistrate Judge. The parties' have been adequately represented by counsel and no further notice is required to the Nominal Defendants' limited partners. The Court hereby approves the Settlement Agreement. The Court, having considered the Motion and being fully informed in the premises, hereby DISMISSES with prejudice the above-captioned cause of action in its entirety with each party to bear his/her/it respective costs, expenses, liabilities and attorneys' fees.

SO ORDERED.

Date: 2/17/2017

_signature: Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

*Served electronically on all ECF-registered counsel of record via email generated
by the Court's ECF System.*